RECEIVED

JAN 2 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVID W. POYDRAS | CIVIL ACTION NO. 10-cv-1645 |
| VERSUS | JUDGE HAIK |
| KEVIN J. MARTIN, CHAIRMAN FEDERAL COMMUNICATIONS COMMISSION, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint be **DISMISSED WITH PREJUDICE** on the basis that it is frivolous and fails to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

Lafayette, Louisiana, this 24th day of January, 2011.

Richard T. Haik
United States District Judge